IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| KIMBERLY A. ROTHUNDE, | ) |
| Plaintiff, | ) |
| v. | ) No. 10-CV-1194 |
| MARY SIGLER, et al., | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On October 2, 2009, Plaintiff filed her Complaint herein and paid all filing fees in full. That Complaint listed as Defendants "Corrections Officer Lafayette" and "Major Holtz", among others. Plaintiff has not taken steps to perfect service on these two Defendants. Federal Rule of Civil Procedure 4(m) directs that a Plaintiff must serve a Defendant within 120 days of filing of the Complaint. Through a series of scrivener's errors, Plaintiff may have believed Defendants "Corrections Officer Lafayette" and "Major Holtz" were represented by counsel, but that was proven to be incorrect *(see Text Orders of 7/12/2010 and 7/22/2010)*.

On October 26, 2010, the undersigned directed Plaintiff to perfect service on Defendants "Corrections Officer Lafayette" and "Major Holtz" by

November 15, 2010 or risk dismissal of those Defendants for want of prosecution. As of this date, Plaintiff has failed to comply with Rule 4(m) and perfect service upon Defendants "Corrections Officer Lafayette" and "Major Holtz". The Court recommends that Plaintiff's Complaint as to Defendants "Corrections Officer Lafayette" and "Major Holtz" be dismissed for want of prosecution.

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after being served with an ECF copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to file a timely objection will constitute a waiver of objections on appeal. <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.

ENTER: November 16, 2010

    FOR THE COURT:

                              _____s/ Byron G. Cudmore_____
                                    BYRON G. CUDMORE
                        UNITED STATES MAGISTRATE JUDGE